```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD HARVEY SHIELDS,<br><br>　　　　　Defendant. | NO. CR-11-131-EFS<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE** |

Before the Court, without oral argument, is Defendant Donald Harvey Shields' Motion for Amendment of the Conditions of Release, ECF No. 48. After reviewing the submitted material, the Indictment, and the pretrial services report, the Court concludes that, if Defendant chooses not to participate in the alternate electronic-monitoring program, Defendant is to continue to comply with the GPS monitoring condition.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's Motion for Amendment of the Conditions of Release, **ECF No. 48**, is **DENIED**. Defendant is to abide by the conditions set forth in ECF No. 22.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this ___21st___ day of March 2012.


　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　United States District Judge

Q:\Criminal\2011\0131.deny.gps.lc1.wpd

ORDER ~ 1