UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONALD HARVEY SHIELDS,<br><br>　　　　　Defendant. | No. CR-11-131-EFS<br><br>**ORDER GRANTING THE USAO's MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court is the U.S. Attorney's Office's (USAO) Motion to Dismiss Without Prejudice, ECF No. 84, and related Motion to Expedite Hearing, ECF No. 85. Leave of Court is given to dismiss the Indictment, ECF No. 1; however, the Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1.　The USAO's Motion to Dismiss Without Prejudice, **ECF No. 84**, and related Motion to Expedite Hearing, **ECF No. 85,** are **GRANTED**.

2.　The Indictment, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE.**

3.　All pending motions are **DENIED AS MOOT**.

4.　Defendant is **RELEASED** from pretrial supervision.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this Order and furnish copies to counsel and the U.S. Probation Office.

DATED this ___10th___ day of October 2012.

　　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　Senior United States District Judge

Q:\EFS\Criminal\2011\0131.48.dism.frm

ORDER - 1